UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| DARL M. FRIEND, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 1:15-cv-00119 |
| | ) JUDGE CRENSHAW |
| TRG CUSTOMER SOLUTIONS, INC., | ) ) |
| Defendant. | ) |

## ORDER

This case has been stayed indefinitely pending arbitration. (Doc. No. 14.) Accordingly, the Clerk is **DIRECTED** to administratively close this case. Either party may file a motion to reopen this case for good cause.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE